IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wright, Barbara A

Printed: 9/3/08

Case Number: 07 B 16360
Judge: Wedoff, Eugene R
Filed: 9/7/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: June 16, 2008
Confirmed: April 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,539.98 |  |
| Secured: |  | 1,000.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,331.50 |
| Trustee Fee: |  | 291.82 |
| Other Funds: |  | 916.66 |
| Totals: | 5,539.98 | 5,539.98 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,331.50 | 3,331.50 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Toyota Motor Credit Corporatio | Secured | 16,008.24 | 1,000.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 1,583.50 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 555.78 | 0.00 |
| 6. | Federated Retail Holdings Inc | Unsecured | 73.36 | 0.00 |
| 7. | Target National Bank | Unsecured | 56.65 | 0.00 |
| 8. | World Financial Network Nat'l | Unsecured | 12.37 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 376.97 | 0.00 |
| 10. | Charming Shoppes-Fashion Bug | Unsecured | 3.58 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 130.83 | 0.00 |
| 12. | Capital One | Unsecured | 19.40 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 469.32 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 321.94 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 128.58 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 98.43 | 0.00 |
| 17. | Target National Bank | Unsecured | 31.44 | 0.00 |
| 18. | Jefferson Capital Systems LLC | Unsecured | 226.61 | 0.00 |
| 19. | B-Real LLC | Unsecured | 129.72 | 0.00 |
| 20. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 21. | Capital One | Unsecured |  | No Claim Filed |
| 22. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 23. | Washington Mutual Providian | Unsecured |  | No Claim Filed |
| 24. | MCYDSNB | Unsecured |  | No Claim Filed |
| 25. | I C Systems Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Wright, Barbara A | Case Number:  07 B 16360 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  9/7/07 |

| | | | |
|---|---|---|---|
| 26.  Target Financial Services | Unsecured | | No Claim Filed |
| 27.  Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 23,558.22 | $ 4,331.50 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 42.84 |
| 6.5% | 248.98 |
| | _____ |
| | $ 291.82 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____